*E-Filed 6/17/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK MILETAK,<br><br>　　　　Plaintiff,<br>v.<br><br>ADECCO EMPLOYMENT SERVICES, INC.; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; NADINA JOHNSON; MARISSA SENZAKI; BOB BONONO; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 5:09 CV 0957 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action is settling. The parties are required to file a stipulation of dismissal by **August 3, 2009**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 5, 2009, at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 6/17/09

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER HAS BEEN SERVED VIA UNITED STATES MAIL UPON THE FOLLOWING PERSONS:**

Nick Miletak
14745 Conway Avenue
San Jose, CA 95124

**AND AN ELECTRONIC COPY HAS BEEN SERVED UPON THE FOLLOWING PERSONS:**

| | |
|---|---|
| Maryam Soleimani Karson | maryamkarson@yahoo.com |
| Todd Kenneth Boyer | tboyer@littler.com |
| Patricia K. Gillette | pgillette@orrick.com |
| Monique Fuentes | mfuentes@orrick.com |