1  TODD K. BOYER, Bar No. 203132
   LITTLER MENDELSON                           *E-Filed 8/3/09*
2  A Professional Corporation
   50 W. San Fernando, 15th Floor
3  San Jose, CA  95113.2303
   Telephone:   408.998.4150
4
   Attorneys for Defendants
5  ADECCO USA, INC.; NADINA JOHNSON;
   MARISSA SENZAKI; BOB BONOMO
6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  NICK MILETAK,                     | Case No. 09-cv-00957-RS

12             Plaintiff,             | STIPULATED DISMISSAL OF ACTION
                                      | WITH PREJUDICE AND [PROPOSED]
13     v.                             | ORDER DISMISSING ENTIRE ACTION
                                      | WITH PREJUDICE
14  ADECCO EMPLOYMENT SERVICES,       |
    INC.; BANK OF AMERICA, N.A.; BANK |
15  OF AMERICA CORPORATION;           |
    NADINA JOHNSON; MARISSA           |
16  SENZAKI; BOB BONOMO,              |

17             Defendants.            |

18

19         WHEREAS the parties to this action have fully and finally resolved all issues set

20  forth in this case.  IT IS HEREBY STIPULATED by and between the parties to this action that the

21  above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to

22  Fed. R. C. P. 41(a)(1).  IT IS FURTHER STIPULATED by and between the parties that each party

23  shall bear their own attorneys' fees and costs of suit.

24

25  Dated:  June ll , 2009                     _Nick Miletak_____
                                               NICK MILETAK, Plaintiff
26

27

28

LITTLER MENDELSON     (NO. C0900957RS )                        1
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor   FIRMWIDE:90473191.1 004544.1166
San Jose, CA  95113 2303
408 998 4150

1

2   Dated:  June  11, 2009

3                                                   TODD K. BOYER
                                                    LITTLER MENDELSON, P.C.
4                                                   Attorney for Defendants ADECCO USA, INC.;
                                                    NADINA JOHNSON; MARISSA SENZAKI and
5                                                   BOB BONOMO

6

7   Dated:  June 23, 2009

8                                                   PATRICIA K. GILLETTE
                                                    MONIQUE FUENTES
9                                                   ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                    Attorneys for Defendants BANK OF AMERICA,
10                                                  NATIONAL ASSOCIATION (incorrectly identified
                                                    as "Bank of America, N.A.") and BANK OF
11                                                  AMERICA CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

(NO. C0900957RS)                                2.
FIRMWIDE:90473191.1 004544 1166

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK MILETAK, | Case No. 09-cv-00957-RS |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| ADECCO EMPLOYMENT SERVICES, INC.; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; NADINA JOHNSON; MARISSA SENZAKI; BOB BONOMO, | |
| Defendants. | |

**ORDER**

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

Dated: 8/3/09

Hon. Richard Seeborg
United States Magistrate Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408 998 4150

(NO. C0900957RS)
FIRMWIDE:90473191.1 004544.1166

3.